### Van Winkle v. Ketcham.

THE court decided in this cause that the promissory note of an infant, carrying on trade as an adult, could not be enforced against him by the payee, who had taken it in the course of business, without knowing the defendant's nonage.